**Order entered January 2, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00848-CV

## IN THE INTEREST OF R.S., A.S., AND L.S., CHILDREN

### On Appeal from the 254th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DF-13-09274

## ORDER

Before the Court is appellant and appellee's December 19, 2017 joint motion to extend briefing deadlines. We **GRANT** the motion. Appellant's brief shall be filed within thirty days after the supplemental clerk's record is filed. Appellee's brief shall be filed within thirty days after appellant's brief is filed.

/s/    CAROLYN WRIGHT
       CHIEF JUSTICE